AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
KATHERINE FIGUEROA (State Bar No. 316565)
kf@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
BANK OF AMERICA, N.A. (also erroneously sued as Bank of America Corporation)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANA YANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; BANK OF AMERICA, NATIONAL ASSOCIATION, an entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:19-cv-2477<br><br>**NOTICE OF REMOVAL OF UNLIMITED CIVIL ACTION UNDER 28 U.S.C. §§1331 AND 1332**<br><br>**[FEDERAL QUESTION AND DIVERSITY OF CITIZENSHIP JURISDICTION]**<br><br>[Removed from Orange County Superior Court of California Case No. 30-2019-01111199-CU-BC-CJC]<br><br>Action Filed:   November 12, 2019 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant BANK OF AMERICA, N.A. (also erroneously sued as Bank of America Corporation) ("BOFA") hereby removes the above-captioned action from the Superior Court of the State of California, County of Orange, to the United States District Court, Central District of California, based on federal question and diversity jurisdiction, pursuant to 28 U.S.C. §§1331, 1441, and 1446.

1. Plaintiff Tiana Yang ("Plaintiff") filed a civil action in the Orange County Superior Court on November 12, 2019, entitled *Tiana Yang v. Bank of America Corporation, et al.*, case number 30-2019-01111199-CU-BC-CJC (the "State Court Action"). Plaintiff asserts five claims in the State Court Action against BofA : (1) Conversion Per Cal. Com. Code §3420 et seq.; (2) breach of contract; (3) breach of good faith and fair dealing; (4) violation of Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. §1693, et seq.; and (5) violation of UCL at Cal. Bus. & Prof. Code § 17200. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon or by BofA in the State Court Action are attached hereto as **Exhibit 1**.

2. This Notice of Removal is timely under 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a) because it is filed on December 20, 2019, which is within 30 days after the receipt by BofA, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

3. On November 21, 2019, BofA was served with the Summons and Complaint. BofA has not yet filed an answer or otherwise responded to the complaint in the State Court Action.

4. Venue in this Court is proper pursuant to 28 U.S.C. §§ 84(c) and 1441(a) because the United States District Court for the Central District of

California is the federal judicial district and division embracing the Superior Court of California for the County of Orange, where the State Court Action was filed.

5. Pursuant to 28 U.S.C. §§ 1446(d), BofA is filing this notice of removal with this Court, serving a copy of this notice upon Plaintiff, and filing a copy in the Superior Court of California for the County of Orange.

6. There are no other defendants named in the Complaint. *See* **Exhibit 1** (Complaint). Accordingly, no other defendants are required to join the notice of removal.

## I. FEDERAL QUESTION JURISDICTION

7. This action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. §1441. This Court has original jurisdiction as conferred by 28 U.S.C. § 1331. The Complaint in the State Court Action alleges several claims against BofA, including a cause of action for violations of the Electronic Funds Transfer Act ("EFTA"), 15 U.S.C. §1693, et seq. Therefore, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(a) & (c) because it arises under the EFTA, 15 U.S.C. §1693, et seq. *See, e.g.*, Compl. ¶¶36-40 (asserting an EFTA claim against BofA).

8. This Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. §1441 (c).

## II. DIVERSITY JURISDICTION

9. This action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. §1441. This Court has original jurisdiction as conferred by 28 U.S.C. §1332(a)(2) because there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000.

**A.     Complete Diversity**

10.     Based on the Complaint, Plaintiff is domiciled in Orange County, California and is therefore a citizen of California. *See* Compl., ¶1.

11.     Defendant Bank of America, N.A. is and at all times relevant was a citizen of the state of North Carolina, with its main office in North Carolina, as set forth in its charter.

12.     There are no other defendants named in the Complaint. *See* **Exhibit 1** (Complaint).

13.     Because Plaintiff is a citizen of California, and BofA is a citizen of North Carolina, complete diversity of citizenship exists. Thus, the citizenship of the parties to this action is completely diverse.

**B.     Amount In Controversy Exceeds $75,000**

14.     For diversity jurisdiction to exist, the amount in controversy must exceed $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). The amount in controversy is simply an "estimate of the total amount in dispute, not a prospective assessment of defendant's liability." *Lewis v. Verizon Commc'ns, Inc.*, 627 F.3d 395, 400 (9th Cir. 2010) (9th Cir. 2010.)

15.     The amount in controversy exceeds $75,000 in this action. As alleged in the Complaint, the total amount of unauthorized withdrawals was purportedly $77,000. Compl., ¶13. Therefore, the total amount in dispute exceeds $75,000.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WHEREFORE, BofA hereby removes Orange County Superior Court Case No. 30-2019-01111199-CU-BC-CJC to the United States District Court, Central District of California. BofA prays that this Court assumes jurisdiction over the action and determine it on the merits.

DATED: December 20, 2019

SEVERSON & WERSON
A Professional Corporation

By: _*/s/ Katherine Figueroa*_
       Katherine Figueroa

Attorneys for Defendant BANK OF AMERICA, N.A. (also erroneously sued as Bank of America Corporation)